ACCEPTED
14-15-00178-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/31/2015 11:56:46 AM
CHRISTOPHER PRINE
CLERK

# Schiffer Odom Hicks & Johnson pllc

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/31/2015 11:56:46 AM
CHRISTOPHER A. PRINE
Clerk

700 Louisiana, Suite 2650
Houston, Texas 77002
Office: 713.357.5150
Direct: 713.357.5151
Fax: 713.357.5160
www.sohjlaw.com

**PENELOPE NICHOLSON**
Email: pnicholson@sohjlaw.com

December 31, 2015

**Via E-Filing**

Mr. Christopher Prine
Clerk, Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

    Re:   No. 14-15-00178-CV; *Presbytery of New Covenant v. First Presbyterian Church, Inc.*; In the Fourteenth Court of Appeals, at Houston

Dear Mr. Prine:

By this letter, Appellant Presbytery of New Covenant, Inc. respectfully advises the Court that Adam P. Schiffer will present oral argument on its behalf on Thursday, January 7, 2016.

Thank you for your assistance in this matter.

Very truly yours,

/s/ Penelope Nicholson

Penelope Nicholson

Counsel for Appellant Presbytery of New Covenant, Inc.

cc:    All Counsel of Record (By E-Filing)